IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JENNIFER STAFFORD as next of kin
of JUSTIN STAFFORD, deceased;
LONJA HELTON and RICHARD HELTON
as next of kin of JARED LEE HELTON,
deceased; KIERAH SLONE as next friend of
E.S.S., a minor.

    Plaintiffs,

v.                                                              Case No. 2:20-cv-02891-MSN-atc

PENSKE TRUCK LEASING CO. a/k/a,
PENSKE TRUCK LEASING CO., LP,
JEWELL TRUCKING LLC, and
MERVIN LEE CRIGLER

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiffs' Complaint, (ECF No. 1-2), filed November 5, 2020 in state court and removed to this Court on December 10, 2020.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal, filed February 7, 2022, (ECF No. 60), signed by all parties, permitting dismissal without a court order under Fed. R. Civ. P. 41(a)(1)(A)(ii), settling this matter between the parties, and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:  *s/ Mark S. Norris*
               MARK S. NORRIS
               UNITED STATES DISTRICT JUDGE

DATE:      February 7, 2022